UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:82-cr-7-SPC-MRM

LARRY WHITE

## **ORDER**[1]

Before the Court is Defendant's Motion under the First Step Act (Doc. 9). This Motion should have been filed in a case before the Honorable John E. Steele—2:88-cr-28-JES—because it relates to the sentence imposed there. So the parties agree it is appropriate to transfer the Motion to that case for a decision. And Judge Steele consents to handling this matter.

Accordingly, it is now **ORDERED:**

The Clerk is **DIRECTED** to **TRANSFER** Defendant's Motion (Doc. 9) to Case No. 2:88-cr-28-JES.

**DONE AND ORDERED** in Fort Myers, Florida on July 8, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.